UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2019 AUG 29 PM 4:08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 8:19cr387T36TGW
18 U.S.C. § 4

CAITLIN JESSICA BERRY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about September 4, 2018, in the Middle District of Florida, the defendant,

CAITLIN JESSICA BERRY

having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is, obstructing, delaying, and affecting commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), did knowingly and willfully conceal and not as soon as possible make known the same to some judge or other person in civil authority.

In violation of 18 U.S.C. § 4.

                    MARIA CHAPA LOPEZ
                    United States Attorney

By: _____
     James C. Preston, Jr.
     Assistant United States Attorney

By: _____
     Christopher F. Murray
     Assistant United States Attorney
     Chief, Violent Crimes and Narcotics Section